IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHICO NAKIA CURRY | § | |
| VS. | § | CIVIL ACTION NO. 9:16cv189 |
| J. HOLCOMB | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Chico Nakia Curry, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending granting plaintiff's motion to dismiss his claim against defendant Jamarcus Goodall.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. Plaintiff's motion to dismiss defendant Goodall (doc. no. 39) is **GRANTED** and defendant Goodall is **DISMISSED** from this lawsuit.

**So Ordered and Signed**
**Oct 12, 2019**

_____
Ron Clark, Senior District Judge